**STATE of Missouri, Respondent,**

v.

**Joseph W. BARKO, Appellant.**

**No. WD 52924.**

Missouri Court of Appeals, Western District.

Sept. 30, 1997.

Robert G. Duncan, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David R. Truman, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

**ORDER**

PER CURIAM:

Appellant Joseph Barko appeals his judgment of conviction for burglary in the second degree in violation of Section 569.170, RSMo 1994, claiming that there was insufficient evidence to establish that a crime was committed or to find that he participated in that crime. We disagree. Finding no precedential value to our decision, we affirm by this summary order but have provided the parties with a memorandum setting out the reasons for our decision. Rule 30.25(b).

**Fred JOHNSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 53157.**

Missouri Court of Appeals, Western District.

Sept. 30, 1997.

Lew A. Kollias, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for Respondent.

Before EDWIN H. SMITH, P.J., and BERREY and ELLIS, JJ.

**ORDER**

PER CURIAM.

Fred Johnson appeals the judgment denying his Rule 24.035 motion for postconviction relief.

Judgment affirmed. Rule 84.16(b).